UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**DON KING PRODUCTIONS, INC.,**
Plaintiff                                                                                                    **Civil No. 05-1671(DRD)**

v.

**SANTIAGO SANTOS, HIS WIFE JANE DOE, and the CONJUGAL PARTNERSHIP BETWEEN THEM, d/b/a "HOTEL MOLINOS INNS", et als.**
Defendants

| MOTION | RULING |
|---|---|
| **Date Filed:** 11/21/05<br>[X] **Plff**          [ ] **Deft**<br>[ ] **Other**<br><br>**Title:** NOTICE OF SETTLEMENT<br><br>(Docket No. 22) | **GRANTED**. Pursuant to the *Notice of Settlement* filed by plaintiff wherein it informs the Court of having reached a confidential settlement with co-defendants **Santiago Santos**, **Damaris Cintron**, **the Conjugal Partnership between them**, d/b/a **"Hotel Molinos Inn"**, the Court now **DISMISSES WITH PREJUDICE** all claims against said co-defendants.<br><br>Partial Judgment will be issued accordingly. |
| **Date Filed:** 11/21/05<br>[X] **Plff**          [ ] **Deft**<br>[ ] **Other**<br><br>**Title:** NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANTS EUGENIO LEBRON, MYRNA MONTALVO, AND THE CONJUGAL PARTNERSHIP BETWEEN THEM, D/B/A "LEBRON SPORTS BAR & MARQUET"<br><br>(Docket No. 23) | **GRANTED**. Plaintiffs in the instant case filed a notice of voluntary dismissal. They request the Court to dismissed the herein case. Understanding that Fed.R.Civ.P. 41(a)(1) authorizes plaintiffs to request a voluntary dismissal by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment, and that defendant herein have done neither, the Court hereby **GRANTS** plaintiffs' request and **DISMISSES WITHOUT PREJUDICE** all claims against defendants.<br><br>Partial Judgment will be issued accordingly.<br><br>**IT IS SO ORDERED.** |

**Date**:   January 11, 2006

S/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. District Judge**