UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**DON KING PRODUCTIONS, INC.,**
Plaintiff,

**CIVIL NO. 05-1671 (DRD)**

v.

**SANTIAGO SANTOS, HIS WIFE JANE DOE, AND THE CONJUGAL PARTNERSHIP BETWEEN THEM, D/B/A "HOTEL MOLINOS INNS", et als.,**
Defendants.

| MOTION | RULING |
|---|---|
| **Date Filed:** 02/16/06<br>[X] **Plff**   [ ] **Deft**<br>[ ] **Other**<br><br>**Title:** NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANTS MARCOS ORTIZ, HIS WIFE JANE DOE DE ORTIZ AND THE CONJUGAL PARTNERSHIP BETWEEN THEM D/B/A CHESTER FRIED<br><br>**DOCKET NO. 27** | **GRANTED.** Plaintiffs in the instant case filed a notice of voluntary dismissal. They request that the Court dismisses the herein claim without prejudice. Understanding that Fed.R.Civ.P. 41(a)(1) authorizes plaintiffs to request a voluntary dismissal by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment, and that non of them have occurred, the Court hereby **GRANTS** plaintiffs' request and **DISMISSES WITHOUT PREJUDICE** all claims against co-defendants Marcos Ortiz, his wife Jane Doe de Ortiz, and the Conjugal Partnership between them d/b/a "Chester Fried".<br><br>Partial Judgment will be issued accordingly.<br><br>**IT IS SO ORDERED.** |

**Date**: February 22, 2006

S/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**